UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>USTOCKTRADE LLC and<br>ANTHONY WEERESINGHE,<br><br>　　　　　Defendants. | Case No. 1:23-cv-6756 |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
## CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendants Ustocktrade LLC ("Ustocktrade") and Anthony Weeresinghe ("Weeresinghe"), respectfully requests that the Court enter the attached proposed Final Judgment in accordance with the parties' settlement. In support of this motion, the SEC states the following:

1.　　Attached hereto as Exhibits 1 and 2 are the executed Consents of Ustocktrade and Weeresinghe, respectively, setting forth the terms of their settlement with the SEC.

2.　　Attached hereto as Exhibit 3 is the proposed Final Judgment that both Defendants agreed to have entered by the Court.

3.　　The proposed Final Judgment would permanently enjoin Defendants from violating the provisions of the federal securities laws at issue in this case; order Ustocktrade to pay a civil penalty of $75,000; and order Weeresinghe to pay a civil penalty of $10,000. The proposed Final Judgment is fair, reasonable, and in the public interest. *See SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294 (2d Cir. 2014).

1

4. As shown by their Consents, both Defendants agreed to entry of the proposed Final Judgment.

5. Accordingly, pursuant to the parties' settlement, the SEC respectfully requests that the Court enter the proposed Final Judgment attached hereto as Exhibit 3.

Dated: August 2, 2023              Respectfully submitted,

/s/ Timothy K. Halloran
Timothy K. Halloran (*pro hac vice* pending)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: 202-551-4414
Email: hallorant@sec.gov

## CERTIFICATE OF SERVICE

I certify that on August 2, 2023, I caused a copy of the foregoing document to be filed through the Court's ECF system, which will serve a copy on all counsel of record.

/s/ Timothy K. Halloran
Timothy K. Halloran